IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>**201 DORSET DRIVE<br>EVANS, GEORGIA 30809** | Case No.  1:21-mj-0011<br><br>**Filed Under Seal** |

## GOVERNMENT'S MOTION TO SEAL SEARCH WARRANT AND ALL RELATED PAPERS

COMES NOW, the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and moves the Court to **SEAL** the search warrant, this Motion, and all other related papers in the above captioned case, showing the Court as follows:

1) On or about this date, a search warrant as captioned above was issued.

2) Publication of the search warrant and related papers could compromise this on-going investigation.

Respectfully submitted this 10th day of May 2021.

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/Tara M. Lyons*
Tara M. Lyons
Assistant United States Attorney South
Carolina Bar No. 16573 United States
Attorney's Office Southern District of
Georgia Post Office Box 2017
Augusta, Georgia 30903
T: (706) 826-4532
tara.lyons@usdoj.gov