# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CASE NO: 1:21-mj-0011 |
| | ) |
| jaybirdlive88@gmail.com | ) |
| 706-830-9370 | ) |
| 201 Dorset Drive, Evans, GA 30809 | ) |

## UNSEALING ORDER

Upon motion of the United States for an order unsealing the above listed case number, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, and good cause appearing therefore, the investigation of the Defendant has concluded and will not be compromised by unsealing said documents and that such documents will be provided to counsel for the Defendant, it is,

**ORDERED** that the Government's motion is GRANTED. The case number issued in the above-styled matter, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, are hereby UNSEALED.

Order entered at Augusta, Georgia, this  8th  day of July 2021.

_____
HONORABLE BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA