AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:21-mj-11 | Date and time warrant executed: May 21, 2021 530 PM | Copy of warrant and inventory left with: Nancy Hilliker |
| Inventory made in the presence of : Nothing seized | | |

Inventory of the property taken and name(s) of any person(s) seized:

Nothing seized

[FILED stamp: 2021 JUL -8 P 1:49 — CLERK, SO. DIST. OF GA. — U.S. DISTRICT COURT, AUGUSTA DIV.]

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7-8-21

_____
Executing officer's signature

Tripp Godbee   FBI
*Printed name and title*